UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SAMEIH NAZAL

    Plaintiff(s),      Case No. 11-CV-13894

v.      Judge Lawrence P. Zatkoff

AIR FRANCE KLM GROUP, ET AL.      Magistrate Judge

    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Middle East Airlines/Airliban, S.A.L. d/b/a Middle East Airlines

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 13, 2012      /s/Scott R. Torpey

                P36179
                Jaffe Raitt Heuer & Weiss, P.C.
                27777 Franklin Road, Suite 2500
                Southfield, MI 48034
                248-351-3000
                248-351-3082