UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEIH NAZAL, as Conservator for Z.N., a minor,

           Plaintiff,        Case No. 11-cv-13894

vs.                                       Hon. Lawrence P. Zatkoff

AIR FRANCE KLM GROUP d/b/a AIR FRANCE and MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L. d/b/a MIDDLE EAST AIRLINES,

           Defendants.
_____/

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MIDDLE EAST AIRLINES'
FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

At a session of said Court held in the
United States District Court for the Eastern District
of Michigan on April 10, 2012

Present:  Lawrence P. Zatkoff
UNITED STATES DISTRICT JUDGE

    Plaintiffs and defendant Middle East Airlines hereby stipulate and agree plaintiff SAMEIH NAZAL, as Conservator for Z.N., a minor, shall answer or otherwise respond to defendant, Middle East Airlines' First Interrogatories and Request for Production of Documents on or before **April 16, 2012**.

So Ordered.

                                                  s/Lawrence P. Zatkoff
                                                  HON. LAWRENCE P. ZATKOFF

dated:  April 10, 2012

2207451.1

Agreed to in form and substance:

| | |
|---|---|
| LAW OFFICES OF<br>MARK KELLEY SCHWARTZ, P.C. | JAFFE RAITT HEUER & WEISS, P.C. |
| <u>Mark Kelley Schwartz (with permission)</u><br>By:     Mark Kelley Schwartz (P48058)<br>Attorneys for Plaintiff<br>29201 Telegraph Road, Ste. 330<br>Southfield, MI 48034<br>248-353-4000<br>248-353-4005 (Fax)<br>mks@mkslawfirm.com | <u>_/s/William D. Adams (P54404)_</u><br>By:     Scott R. Torpey (P36179)<br>          Attorneys for Middle East Airlines<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>248-351-3000<br>248-351-3082 (Fax)<br>storpey@jaffelaw.com<br>wadams@jaffelaw.com |

2

2207451.1