UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SAMEIH NAZAL

CASE #: 2:11-CV-13894-LPZ-MJH

*Plaintiff*

V.

AIR FRANCE KLM GROUP, et al.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Old Bridge, New Jersey.

That on 4/4/2012 at 11:27 AM at 125 West 55th Street, New York, NY 10019

deponent served a(n) **Summons in a Civil Action, Plaintiff's First Amended Complaint & Demand For Jury Trial, Plaintiff's Original Complaint & Demand For Jury Trial**

on **Air France KLM Group**, a foreign corporation,

by delivering thereat a true copy of each to **Gregory J. Kozlowski** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

<u>Description of Person Served:</u>
Gender : Male
Skin : White
Hair : Black/Gray
Age : 36 - 50 Yrs.
Height : Over 6'
Weight : Over 200 Lbs.
Other :

Sworn to before me this
5th day of April, 2012

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2012

Andrew Botwinick
License No. 1305403

Serving By Irving, Inc | 233 Broadway, Suite 2201 | New York, NY 10279