UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEIH NAZAL, as Conservator for Z.N., a minor,

           Plaintiff,

vs.

AIR FRANCE KLM GROUP d/b/a AIR FRANCE, MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L., d/b/a MIDDLE EAST AIRLINES, and SOCIETE AIR FRANCE,

           Defendants.

11-CV-13894
Hon. Lawrence P. Zatkoff

---

LAW OFFICES OF MARK KELLEY SCHWARTZ, P.C.
By: Mark Kelley Schwartz
Attorney for Plaintiff
29201 Telegraph Rd., Suite 330
Southfield, MI 48034
Tel.: (248) 353-4000
Fax: (248) 353-4005
Email: mks@mkslawfirm.com

JAFFEE RAITT HEUER & WEISS, P.C.
By: Scott R. Torpey
     William D. Adams
Attorneys for Middle East Airlines
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Tel.: (248) 351-3000
Fax: (248) 351-3082
Email: storpey@jaffelaw.com
       wadams@jaffelaw.com

VARNUM LLP
By: Gary J. Mouw (P69236)
Attorneys for Société Air France
Bridgewater Place (49504)
P.O. Box 352
Grand Rapids, MI 49501-0352
Tel.: (616) 336-6000
Fax: (616) 336-7000
Email: gjmouw@varnumlaw.com

**APPEARANCE OF GARY J. MOUW**

Gary J. Mouw of the law firm of Varnum LLP hereby enters his appearance on behalf of Defendant Société Air France in the above-captioned matter.

Respectfully submitted,

V<small>ARNUM</small>

Attorneys for Defendant Société Air France

Dated: April 25, 2012

By:   /s/Gary J. Mouw
Gary J. Mouw (P69236)
Business Address, Telephone, and E-mail:
P.O. Box 352
Grand Rapids, MI 49501-0352
616/336-6000
gjmouw@varnumlaw.com

5145685_1.DOCX