UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEIH NAZAL, as Conservator for Z.N., a minor,

        Plaintiff,

vs.

AIR FRANCE KLM GROUP d/b/a AIR FRANCE, MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L., d/b/a MIDDLE EAST AIRLINES, and SOCIETE AIR FRANCE,

        Defendants.

11-CV-13894
Hon. Lawrence P. Zatkoff

| | |
|---|---|
| LAW OFFICES OF MARK KELLEY SCHWARTZ, P.C.<br>By: Mark Kelley Schwartz (P48058)<br>Attorney for Plaintiff<br>29201 Telegraph Rd., Suite 330<br>Southfield, MI 48034<br>Tel.: (248) 353-4000<br>Fax: (248) 353-4005<br>Email: mks@mkslawfirm.com | JAFFEE RAITT HEUER & WEISS, P.C.<br>By: Scott R. Torpey<br>     William D. Adams<br>Attorneys for Middle East Airlines<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Tel.: (248) 351-3000<br>Fax: (248) 351-3082<br>Email: storpey@jaffelaw.com<br>        wadams@jaffelaw.com<br><br>VARNUM LLP<br>By: Gary J. Mouw (P69236)<br>Attorneys for Société Air France<br>Bridgewater Place (49504)<br>P.O. Box 352<br>Grand Rapids, MI 49501<br>Tel.: (616) 336-6000<br>Fax: (616) 336-7000<br>Email: gjmouw@varnumlaw.com |

**DEFENDANT SOCIÉTÉ AIR FRANCE'S**
**<u>RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant SOCIÉTÉ AIR FRANCE (hereinafter, "Air France") states that Air France is a wholly-owned subsidiary of Air France-KLM Group, a publicly-held corporation.

Dated:  April 27, 2012

        Respectfully submitted,

        VARNUM LLP
        *Attorney for Société Air France*

        By:   /s/Gary J. Mouw
             Gary J. Mouw
        Bridgewater Place (49504)
        P.O. Box 352
        Grand Rapids, MI 49501-0352
        Tel.:  (616) 336-6000
        Fax:  (616) 336-7000
        Email:  gjmouw@varnumlaw.com

5150855_1.DOCX