UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAMEIH NAZAL, as Conservator for**
**Z.N., a minor,**

        Plaintiff,

   vs                             Case No. 2:11-cv-13894-LPZ

                                HON. LAWRENCE P. ZATKOFF

**AIR FRANCE KLM GROUP, a**
**Foreign Corporation For Profit,**
**Doing Business As AIR FRANCE,**
**MIDDLE EAST AIRLINES/AIRLIBAN,**
**S.A.L., a Foreign Corporation For Profit,**
**Doing Business As MIDDLE EAST**
**AIRLINES, and SOCIETE AIR FRANCE, a Foreign**
**Corporation for Profit, Doing Business As, Air France,**

        Defendants.
_____

| | |
|---|---|
| Law Offices of Mark Kelley Schwartz, P.C.<br>By: **MARK KELLEY SCHWARTZ (P48058)**<br>Attorney for Plaintiff<br>29201 Telegraph Rd., Ste. 330<br>Southfield, MI  48034<br>Tel:  (248) 353-4000<br>Fax:  (248) 353-4005<br>Email:  mks@mkslawfirm.com | Jaffe Raitt Heuer & Weiss, P.C.<br>By:  **SCOTT R. TORPEY  (P36179)**<br>      **WILLIAM D. ADAMS (P54404)**<br>Attorneys for Middle East Airlines<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>Tel:  (248) 351-3000<br>Fax:  (248) 351-3082<br>Email:  storpey@jaffelaw.com<br>           wadams@jaffelaw.com |
| Varnum LLP<br>By:  GARY J. MOUW  (P69236)<br>Attorneys for Société Air France<br>P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>Tel:  (616) 336-6000<br>Fax:  (616) 336-7000<br>Email:  gjmouw@varnumlaw.com | |

_____

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)</u>**
**<u>AS TO DEFENDANT, AIR FRANCE KLM GROUP, ONLY</u>**

**PLEASE TAKE NOTICE** that Plaintiff **SAMEIH NAZAL, as Conservator for Z.N., a minor,** pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant, Air France KLM Group, only.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) **Voluntary Dismissal.**

 **(1)** *By the Plaintiff*.

 **(A)** *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
 **(i)**  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant, Air France KLM Group, has neither answered Plaintiff's Complaint or Amended Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**MARK KELLEY SCHWARTZ, P.C.**

*/s/ Mark Kelley Schwartz*
By:  Mark Kelley Schwartz (P48058)
Attorney for Plaintiffs
29201 Telegraph Road, Ste. 330
Southfield, MI 48034
Telephone:  (248) 353-4000
Facsimile:   (248) 353-4005
Email: mks@mkslawfirm.com

Dated:  May 8, 2012