UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEIH NAZAL, as Conservator for Z.N., a minor,

     Plaintiff,

vs.

AIR FRANCE KLM GROUP d/b/a AIR FRANCE and MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L. d/b/a MIDDLE EAST AIRLINES,

     Defendants,

and

SOCIETE AIR FRANCE,

     Cross-Plaintiff,

vs.

MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L. d/b/a MIDDLE EAST AIRLINES,

     Cross-Defendant.

_____/

Case No. 11-cv-13894
Hon. Lawrence P. Zatkoff

**STIPULATED ORDER EXTENDING TIME FOR
CROSS-DEFENDANT MIDDLE EAST AIRLINES, TO RESPOND TO CROSS-
PLAINTIFF SOCIETE AIR FRANCE'S CROSS CLAIMS**

**ORDER**

At a session of said court in the United States District Court
for the Eastern District of Michigan on June 15, 2012

  PRESENT: Hon. Lawrence P. Zatkoff

Cross-plaintiff Societe Air France and cross-defendant Middle East Airlines having stipulated and agreed that cross-defendant Middle East Airlines shall respond to Societe Air France's cross-claims on or before June 20, 2012;

2243254.1

IT IS NOW ORDERED that cross-defendant Middle East Airlines shall respond to cross-plaintiff Societe Air France's cross-claims on or before June 20, 2012.

                                                              s/Lawrence P. Zatkoff
                                                              DISTRICT COURT JUDGE

Cross-plaintiff Societe Air France and cross-defendant Middle East Airlines hereby stipulate and agree that cross-defendant Middle East Airlines shall respond to Societe Air France's cross-claims on or before June 20, 2012.

Agreed to in form and substance:

| VARNUM LLP | JAFFE RAITT HEUER & WEISS, P.C. |
|---|---|
| By: /s/Gary J. Mouw (w/ permission)<br>Gary J. Mouw (P69236)<br>Attorneys for Societe Air France<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>616-336-6000<br>616-336-7000 (Fax)<br>gjmouw@varnumlaw.com | By: /s/William D. Adams (P54404)<br>Scott R. Torpey (P36179)<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>248-351-3000<br>248-351-3082 (Fax)<br>storpey@jaffelaw.com<br>wadams@jaffelaw.com<br>Attorney for Middle East Airlines |

2243254.1