UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sameih Nazal,

                Plaintiff(s),

v.                                                   Case No. 2:11–cv–13894–LPZ–MJH
                                                   Hon. Lawrence P. Zatkoff

Middle East Airlines / Airliban,
SAL, et al.,

                Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Hluchaniuk, pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                 s/ Lawrence P. Zatkoff
                                                 Lawrence P. Zatkoff
                                                 United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/ M. Verlinde
                                                 Deputy Clerk

Dated:   June 28, 2012