**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAMEIH NAZAL, as Conservator for Z.N., a minor,

                Plaintiff,

vs.

AIR FRANCE KLM GROUP d/b/a AIR FRANCE and MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L. d/b/a MIDDLE EAST AIRLINES,

                Defendants,

and

SOCIETE AIR FRANCE,

                Cross-Plaintiff,

vs.

MIDDLE EAST AIRLINES/AIRLIBAN, S.A.L. d/b/a MIDDLE EAST AIRLINES,

              Cross-Defendant.

Case No. 11-cv-13894
Hon. Lawrence P. Zatkoff

_____/

**STIPULATED ORDER EXTENDING DUE DATE FOR CROSS-PLAINTIFF SOCIETE AIR FRANCE'S RESPONSE TO CROSS-DEFENDANT MIDDLE EAST AIRLINES' MOTION TO DISMISS IN LIGHT OF ARBITRATION AGREEMENT, OR ALTERNATIVELY, MOTION FOR FED. R. CIV. P. 12(b)(6) DISMISSAL OF <u>REQUESTS FOR COSTS AND ATTORNEY FEES</u>**

    At a session of said court in the United States District Court for the Eastern District of Michigan, Southern Division on    July 25, 2012   
    PRESENT:   Lawrence P. Zatkoff
                  Hon. Lawrence P. Zatkoff

    This Stipulation Extending Due Date for Cross-Plaintiff Societe Air France's Response to Cross-Defendant Middle East Airlines' Motion to Dismiss in Light of Arbitration Agreement, or Alternatively, Motion for Fed. R. Civ. P. 12(b)(6) Dismissal of Requests for

2275479.1

Costs and Attorney Fees (ECF # 24) having been submitted to the Court for entry and this Court being otherwise fully advised in the premises, NOW THEREFORE

    IT IS HEREBY ORDERED that cross-plaintiff Air France's may file its response brief on or before August 31, 2012.

                                                  s/Lawrence P. Zatkoff
                                                  U. S. DISTRICT COURT JUDGE

Dated: July 25, 2012

## **STIPULATION**

Cross-plaintiff Societe Air France's Response to Cross-Defendant Middle East Airlines' Motion to Dismiss in Light of Arbitration Agreement, or Alternatively, Motion for Fed. R. Civ. P. 12(b)(6) Dismissal of Requests for Costs and Attorney Fees (ECF # 24) currently being due July 23, 2012, the cross-parties hereby stipulate and agree to extend the deadline for the submission of Air France's response brief to August 31, 2012.

JAFFE RAITT HEUER & WEISS, P.C.          VARNUM LLP


/s/ William D. Adams                                     /s/ Gary J. Mouw (w/permission)
    William D. Adams (P54404)                  Gary J. Mouw
27777 Franklin Road, Suite 2500                P.O. Box 352
Southfield, Michigan 48034-8214              Grand Rapids, MI 49501-0352
Phone: (248) 351-3000                              616-336-6000
E-mail:  storpey@jaffelaw.com                 Email:  gjmouw@varnumlaw.com
       wadams@jaffelaw.com

2275479.1