UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEIH NAZAL, as Conservator for
Z.N., a minor,

                Plaintiff,                Case No. 11-cv-13894

vs.

                                            HON. LAWRENCE P. ZATKOFF

MIDDLE EAST AIRLINES/AIRLIBAN,
S.A.L., a Foreign Corporation For Profit,
Doing Business As MIDDLE EAST AIRLINES, and
SOCIETE AIR FRANCE, A Foreign
Corporation for Profit, Doing business As, Air France,

                Defendants.

___

**ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS AS TO ALL DEFENDANTS**

      IT IS HEREBY ORDERED that the within cause shall be dismissed with prejudice and without costs as to all Defendants.

                                            s/Lawrence P. Zatkoff
                                            HON. LAWRENCE P. ZATKOFF
                                            U.S. DISTRICT COURT JUDGE

Date:  December 10, 2012

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS AS TO ALL DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the within cause shall be dismissed with prejudice and without costs as to all Defendants.

| | |
|---|---|
| /s/Mark Kelley Schwartz (w/permission) | /s/Scott R. Torpey |
| By:   **Mark Kelley Schwartz (P48058)** | By:   **Scott R. Torpey (P36179)** |
| Attorney for Plaintiff | **William D. Adams (P54404)** |
| 29201 Telegraph Road, Ste. 330 | Attorneys for Middle East Airlines |
| Southfield, MI 48034 | 27777 Franklin Road, Suite 2500 |
| Tel:   (248) 353-4000 | Southfield, Michigan 48034 |
| Fax:   (248) 353-4005 | Tel:  (248) 351-3000 |
| Email:   mks@mkslawfirm.com | Fax:  (248) 351-3082 |
| | Email:  storpey@jaffelaw.com |
| | wadams@jaffelaw.com |

/s/Gary J. Mouw (w/permission)
By:   **Gary J. Mouw (P69236)**
Attorneys for Societe Air France
P.O. Box 352
Grand Rapids, MI 49501-0352
Tel:   (616) 336-6000
Fax:   (616) 336-7000
Email: gjmouw@varnumlaw.com